USDCL SCAN INDEX SHEET

















MNA    6/3/03    8:04

3:03-CV-01076   HANIG V. QUALCOMM INC

*1*

*NTCREM.*

ROBERT W. BELL, JR. (State Bar No. 47448)
DAVID E. KLEINFELD (State Bar No. 110734)
DANIEL S. SILVERMAN (State Bar No. 137864)
HELLER EHRMAN WHITE & McAULIFFE LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

STEVEN M. STRAUSS (State Bar. No. 099153)
ALLISON D. CATO (State Bar No. 155339)
JOHN S. KYLE (State Bar No. 199196)
PROCOPIO CORY HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorneys for Defendant
QUALCOMM INCORPORATED

FILED

03 MAY 30 PM 2: 32

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HANIG, et al.<br><br>      Plaintiffs,<br><br>    v.<br><br>QUALCOMM, INC., a California corporation [sic]; and DOES 1 through 100, inclusive,<br><br>      Defendants. | U.S.D.C. Case No:<br><br>**03 CV 1076 L RBB**<br><br>[San Diego Superior Court<br>Lead Case No. GIC 763814]<br>Consolidated With:<br>GIC 805690<br>GIC 805697<br>GIC 808028<br>GIC 810910<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441 AND 1446** |

Pursuant to 28 U.S.C. sections 1441 and 1446, Defendant QUALCOMM Incorporated ("QUALCOMM"), a California corporation, by and through its undersigned attorneys, respectfully states:

1

Heller
Ehrman
White &
McAuliffe LLP

NOTICE OF REMOVAL OF ACTION                                    Case No. _____

### A.    Commencement and Pendency of Action, State Court.

On or about March 13, 2001, Plaintiffs filed a Complaint commencing *Hanig, et. al v. QUALCOMM, Inc.*, in the Superior Court of San Diego County, located at 330 West Broadway, San Diego, California 92101. This case was assigned San Diego Superior Court Case No. GIC 763814. On or about February 14, 2003, Plaintiffs filed a Complaint commencing *Boesel, et al. v. QUALCOMM Incorporated*, in the Superior Court of San Diego County, located at 330 West Broadway, San Diego, California 92101. This case was assigned San Diego Superior Court Case No. GIC 805690. On or about February 14, 2003, Plaintiffs filed a Complaint commencing *Stone v. QUALCOMM Incorporated*, in the Superior Court of San Diego County, located at 330 West Broadway, San Diego, California 92101. This case was assigned San Diego Superior Court Case No. GIC 805697. On or about March 27, 2003, Plaintiffs filed a Complaint commencing *Ortiz, et al. v. QUALCOMM Incorporated*, in the Superior Court of San Diego County, located at 330 West Broadway, San Diego, California 92101. This case was assigned San Diego Superior Court Case No. GIC 808028. On May 16, 2003, the above-entitled actions were consolidated by Order of the Superior Court of San Diego County. On or about May 15, 2003, Plaintiffs filed a Complaint commencing *Deshon, et al. v. QUALCOMM, Inc.*, in the Superior Court of San Diego County, located at 330 West Broadway, San Diego, California 92101. This case was assigned San Diego Superior Court Case No. GIC 810910. On May 29, 2003, *Deshon* was consolidated with the above-entitled actions by Order of the Superior Court of San Diego. Copies of the Summons and Complaint for each of the consolidated cases are attached to the Verification of State Court Records.

### B.    Grounds for Removal.

The basis for removal of this action is federal question. Plaintiffs constitute a covered class and their complaints allege fraud in the connection with the purchase or sale of a covered security under the Securities Litigation Uniform Standards Act, 15 U.S.C. §§77p, 78bb(f)(1)-(2). This Court therefore has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. Section 1331.

Heller
Ehrman
White &
McAuliffe LLP

2

NOTICE OF REMOVAL OF ACTION                                                        Case No. _____

**C.    Venue.**

The Southern District of California is the District Court of the United States for the district and division embracing the place where the action is pending, the cases having been filed in San Diego Superior Court. Therefore, this Court is the appropriate court for removal pursuant to 28 U.S.C. Section 1441(a).

**D.    Timeliness.**

This Notice of Removal was filed with the Court within 30 days after Defendant QUALCOMM received a copy of the order for consolidation. See 28 U.S.C. Section 1446(b).

**E.    Notice.**

Defendant QUALCOMM has filed a written notice of the filing of this Notice of Removal in the Superior Court from which this action has been removed and has further provided notice of this Notice of Removal to counsel for Plaintiffs.

DATED:  May ___, 2003                HELLER EHRMAN WHITE & McAULIFFE LLP

By _____

DAVID E. KLEINFELD
Attorneys for Defendant
QUALCOMM INCORPORATED

SD 613323 v1

Heller
Ehrman
White &
McAuliffe LLP

3

**JS 44**
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
WALTER HAINIG, et al.

**ORIGINAL**

## DEFENDANTS
QUALCOMM INCORPORATED

**FILED**

03 MAY 30 PM 2:35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY **RBB**

03 CV 1076 L RBB

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Steven S. Kane (Bar No. 61670)
Anderson & Kriger
8220 University Avenue, 2nd Floor
La Mesa, CA 91941
(619) 589-8800

ATTORNEYS (IF KNOWN)
Robert W. Bell, Jr. (Bar No. 47448)
Heller Ehrman White & McAuliffe LLP
4350 La Jolla Village Dr., 7th Floor
San Diego, CA 92122-1246
(858) 450-8400

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury- Med. Malpractice
- [ ] 365 Personal Injury- Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motion to Vacate Sentence

HABEAS CORPUS:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [X] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Plaintiffs' complaint alleges fraud in connection with the purchase or sale of a covered security under the Securities Litigation Uniform Standards Act, 15 U.S.C. §§ 77p, 78bb(f)(1)-(2).

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ No Demand

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE Hon. M. James Lorenz   DOCKET NUMBER 03 CV 0447L (JFS)

DATE
May 30, 2003

SIGNATURE OF ATTORNEY OF RECORD
David E. Kleinfeld

**FOR OFFICE USE ONLY**

RECEIPT # 94396   AMOUNT $150.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

5/30/03 VB