USDC SCAN INDEX SHEET

















MNA    6/3/03    8:12
3:03-CV-01076    HANIG V. QUALCOMM INC
*2*
*NTCF.*

ROBERT W. BELL, JR. (State Bar No. 47448)
DAVID E. KLEINFELD (State Bar No. 110734)
DANIEL S. SILVERMAN (State Bar No. 137864)
HELLER EHRMAN WHITE & McAULIFFE LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

STEVEN M. STRAUSS (State Bar. No. 099153)
ALLISON D. CATO (State Bar No. 155339)
JOHN S. KYLE (State Bar No. 199196)
PROCOPIO CORY HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorneys for Defendant
QUALCOMM INCORPORATED

FILED

03 MAY 30 PM 2: 33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HANIG, et al.<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM, INC., a California corporation [sic]; and DOES 1 through 100, inclusive,<br><br>Defendants. | U.S.D.C. Case No:<br><br>**'03 CV 1076 L RBB**<br><br>[San Diego Superior Court Lead Case No. GIC 763814]<br>Consolidated With:<br>GIC 805690<br>GIC 805697<br>GIC 808028<br>GIC 810910<br><br>**VERIFICATION OF STATE COURT RECORDS** |

I, David E. Kleinfeld, declare under penalty of perjury as follows:

1.    I am an attorney for Defendant QUALCOMM Incorporated ("QUALCOMM"). I am licensed to practice in the State of California and admitted to this Court.

2.    Pursuant to 28 U.S.C. Section 1447(b), attached as Exhibit A are true and

VERIFICATION OF STATE COURT RECORDS                                Case No. _____

Heller
Ehrman
White &
McAuliffe LLP

correct copies of all records and proceedings received by QUALCOMM in the Superior Court of the State of California for the County of San Diego, Case No. GIC 763814, in the action entitled WALTER HANIG, et al. v. QUALCOMM, INC.

3. Pursuant to 28 U.S.C. Section 1447(b), attached as Exhibit B are true and correct copies of all records and proceedings received by QUALCOMM in the Superior Court of the State of California for the County of San Diego, Case No. GIC 805690, in the action entitled ROBERT BOESEL, et al. v. QUALCOMM, INCORPORATED.

4. Pursuant to 28 U.S.C. Section 1447(b), attached as Exhibit C are true and correct copies of all records and proceedings received by QUALCOMM in the Superior Court of the State of California for the County of San Diego, Case No. GIC 805697, in the action entitled DALE STONE v. QUALCOMM, INCORPORATED.

5. Pursuant to 28 U.S.C. Section 1447(b), attached as Exhibit D are true and correct copies of all records and proceedings received by QUALCOMM in the Superior Court of the State of California for the County of San Diego, Case No. GIC 808028, in the action entitled EDGARDO ORTIZ, et al. v. QUALCOMM, INC.

6. Pursuant to 28 U.S.C. Section 1447(b), attached as Exhibit E are true and correct copies of all records and proceedings received by QUALCOMM in the Superior Court of the State of California for the County of San Diego, Case No. GIC 810910, in the action entitled TOM DESHON, et al. v. QUALCOMM, INC.

DATED: May 30, 2003

HELLER EHRMAN WHITE & McAULIFFE LLP

By
DAVID E. KLEINFELD
Attorneys for Defendant
QUALCOMM INCORPORATED

SD 613319 v1

Heller
Ehrman
White &
McAuliffe LLP

2

VERIFICATION OF STATE COURT RECORDS                    Case No. _____