USDC SCAN INDEX SHEET

















MNA    6/3/03    8:13

3:03-CV-01076   HANIG V. QUALCOMM INC

*3*

*PRFSVC.*

ROBERT W. BELL, JR. (State Bar No. 47448)
DAVID E. KLEINFELD (State Bar No. 110734)
DANIEL S. SILVERMAN (State Bar No. 137864)
HELLER EHRMAN WHITE & McAULIFFE LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

STEVEN M. STRAUSS (State Bar. No. 099153)
ALLISON D. CATO (State Bar No. 155339)
JOHN S. KYLE (State Bar No. 199196)
PROCOPIO CORY HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorneys for Defendant
QUALCOMM INCORPORATED

FILED

03 MAY 30 PH 2: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| WALTER HANIG, et al.<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM, INC., a California corporation [sic]; and DOES 1 through 100, inclusive,<br><br>Defendants. | U.S.D.C. Case No:<br><br>03 CV 1076 L RBB<br>[San Diego Superior Court<br>Lead Case No. GIC 763814]<br>Consolidated With:<br>GIC 805690<br>GIC 805697<br>GIC 808028<br>GIC 810910<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, Ginger Calderon, declare that I am over the age of eighteen years and I am not a party to this action. I am employed by Heller Ehrman White & McAuliffe LLP, attorneys of record for Defendant QUALCOMM INCORPORATED. My business address is 4350 La Jolla Village Drive, 7th Floor, San Diego, California 92122.

On May 30, 2003, I served the document(s) listed below on the interested parties in this action in the manner indicated below:

Heller
Ehrman
White &
McAuliffe LLP

1

CERTIFICATE OF SERVICE

Case No. _____

**Documents Served**:

1. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441 AND 1446;

2. VERIFICATION OF STATE COURT RECORDS;

3. NOTICE OF LODGMENT TO VERIFICATION OF STATE COURT RECORDS (without exhibits);

4. NOTICE OF RELATED CASES;

5. NOTICE OF LODGMENT TO NOTICE OF RELATED CASES (without exhibits).

**Parties Served**:

Steven S. Kane, Esq.
Clayton M. Anderson, Esq.
Anderson & Kriger
8220 University Avenue, Second Floor
La Mesa, CA 91941
Telephone: (619) 589-8800
Facsimile: (619) 464-5414
Attorneys for Plaintiffs HANIG, et al.; and ORTIZ, et al.

Joshua R. Floum
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA 94111
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Attorneys for Plaintiffs
STONE and BOESEL, et al.

Steven M. Strauss
Allison D. Cato
John S. Kyle
PROCOPIO CORY HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
Attorneys for Defendant QUALCOMM

Martin D. Litt
Nancy J. Gegenheimer
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
Attorneys for Plaintiff
STONE and BOESEL, et al.

**Manner of Service**:

[X] **BY MAIL**: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Diego, California. I caused the document(s) to be sent by mail via United States Postal Service to the party(ies) identified above.

[ ] **BY OVERNIGHT DELIVERY**: I caused the document(s) identified above to be delivered to the above party(ies) via next business day delivery by FED-EX overnight delivery service.[ ] chine to print a transmission record of the transmission.

Heller
Ehrman
White &
McAuliffe LLP

2

CERTIFICATE OF SERVICE                                                    Case No. _____

[  ]  **BY FACSIMILE**: I caused the document(s) to be sent via facsimile to the parties identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that this declaration is executed on May 30, 2003, at San Diego, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_Ginger Calderon_
Ginger Calderon

SD 615439 v1

Heller
Ehrman
White &
McAuliffe LLP

3

CERTIFICATE OF SERVICE                                                      Case No. _____